FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MAY 10 2007
DAVID J. MALAND, CLERK
BY
DEPUTY ______

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | **SEALED** |
| | § | |
| VS. | § | Criminal No. 4:07CR 120 |
| | § | Judge Schell |
| RAMON DIAZ (1) | § | |
| a/k/a RAMON D. VALENCIA | § | |
| FRANCISCO JAVIER GARCIA (2) | § | |
| a/k/a CISCO | § | |
| DAVID GARCIA (3) | § | |
| CARLOS A. CORTEZ (4) | § | |
| HEATH CLIFF SKELTON (5) | § | |
| BRICE RANDEL WOLFE (6) | § | |
| ANDREW CLINTON HINKLE (7) | § | |
| STEPHEN DANIEL JARVIS (8) | § | |
| RYAN PATRICK ANWAY (9) | § | |
| a/k/a BUDDHA | § | |
| BILL LEE GUY (10) | § | |

# INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

## COUNT I

Violation: 21 U.S.C. § 846 (Conspiracy to Possess With Intent to Distribute Methamphetamine & Marihuana)

From sometime in April 2005, the exact date being unknown, and continuing thereafter up through and including the date of the filing of this Indictment, in the Eastern District of Texas and elsewhere,

**RAMON DIAZ, a/k/a RAMON D. VALENCIA**
**FRANCISCO JAVIER GARCIA, a/k/a CISCO**
**DAVID GARCIA**
**CARLOS A. CORTEZ**
**HEATH CLIFF SKELTON**

**BRICE RANDEL WOLFE**
**ANDREW CLINTON HINKLE**
**STEPHEN DANIEL JARVIS**
**RYAN PATRICK ANWAY, a/k/a BUDDHA**
**BILL LEE GUY**

Defendants herein, did knowingly and intentionally conspire, confederate, and agree with each other and with other persons known and unknown to the United States Grand Jury to knowingly and intentionally possess with the intent to distribute and dispense:

(1) more than 500 grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and/or at least 50 grams of methamphetamine (actual), a Schedule II controlled substance, a violation of Title 21, United States Code, Section 841(a)(1).

(2) a mixture or substance containing a detectable amount of marihuana, a Schedule I controlled substance, a violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

COUNT II

Violation: 18 U.S.C. § 924(c)
(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

On or about May 2, 2007, in Dallas, Texas, Defendants DAVID GARCIA and CARLOS A. CORTEZ did knowingly possess at least one of the following firearms, namely: (1) a DPMS, Model A-15, .223 – 5.56mm caliber semi-automatic rifle, bearing serial number F054666K; and (2) a Glock, Model 23, .40 caliber semi-automatic pistol, bearing serial number GEV053, in furtherance of a drug trafficking crime for which he may be prosecuted in a Court of the United States, to wit: the conspiracy to possess with intent to distribute methamphetamine and marihuana alleged in Count I of this Indictment, a violation of 21 U.S.C. § 846.

All in violation of Title 18, United States Code, Section 924(c).

COUNT III

Violation: 18 U.S.C. § 924(c)
(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

On or about May 2, 2007, in Dallas, Texas, Defendant FRANCISCO JAVIER GARCIA, a/k/a CISCO, did knowingly possess at least one of the following firearms, namely: (1) a Steyr Mannlicher, Model SPP, 9x19mm caliber semi-automatic pistol, bearing serial number 23052; (2) an N.E.F. Co. Inc., Model R92, .22 caliber nine shot revolver, bearing serial number ND014022; and (3) an H&R, Model 733, .32 caliber six shot revolver, bearing serial number AH9728, in furtherance of a drug trafficking crime for which he may be prosecuted in a Court of the United States, to wit: the conspiracy to possess with intent to distribute methamphetamine and marihuana alleged in Count I of this Indictment, a violation of 21 U.S.C. § 846.

All in violation of Title 18, United States Code, Section 924(c).

COUNT IV

Violation: 18 U.S.C. § 924(c)
(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

On or about May 4, 2007, in Dallas, Texas, Defendant RAMON DIAZ, a/k/a RAMON D. VALENCIA, did knowingly possess at least one of the following firearms, namely, (1) a Colt Model .38 super, .38 caliber semi-automatic pistol, bearing serial number ELCEN3314; (2) a Colt Model MK IV, .45 caliber semi-automatic pistol, bearing serial number 70699726; and (3) a Colt Model Woodsman, .22 caliber semi-automatic pistol, bearing serial number 73151, in furtherance of a drug trafficking crime for which he may be prosecuted in a Court of the United States, to wit: the conspiracy to possess with intent to distribute methamphetamine and

marihuana alleged in Count I of this Indictment, a violation of 21 U.S.C. § 846.

All in violation of Title 18, United States Code, Section 924(c).

**NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE**
Criminal Forfeiture Pursuant to 21 U.S.C. § 853

As a result of committing the foregoing offenses charged in this Indictment, Defendants RAMON DIAZ a/k/a RAMON D. VALENCIA, FRANCISCO JAVIER GARCIA a/k/a CISCO, DAVID GARCIA, CARLOS A. CORTEZ, HEATH CLIFF SKELTON, BRICE RANDEL WOLFE, ANDREW CLINTON HINKLE, STEPHEN DANIEL JARVIS, RYAN PATRICK ANWAY a/k/a BUDDHA, and BILL LEE GUY shall forfeit to the United States of America pursuant to Title 21, United States Code, Section 853, the property described below, which property Defendants used to commit or facilitate the foregoing controlled substance violations, and which is derived from proceeds obtained directly or indirectly as a result of Defendants' commission of the foregoing violations, including but not limited to:

**CURRENCY** -
$8,431.00 seized from 5003 Skillman, Apartment 209, Dallas, Texas.
$31,674.00 seized from 1717 8th Street, Dallas, Texas
$4,102.00 seized from Brice Randel WOLFE
$1,043.00 seized from Andrew Clinton HINKLE
$32,194.00 seized from 4311 Idaho Street, Dallas, Texas
$7,195.00 seized from Stephen Daniel JARVIS
$9,707.00 seized from Ryan Patrick ANWAY

**VEHICLES** -
1972 Chevrolet Impala, TX Tag 284 PNT, VIN# 1M67H2S106752
1969 Oldsmobile Cutlas, TX Tag 998 DNR, VIN# 36779M178378
2006 Chevrolet Tahoe, TX Tag 590 KJ4, VIN# 1GNEC13T76R113707
2003 BMW 745LI, TX Tag 845 NTW, VIN# WBAGN63412DR07639
2000 Chevrolet Tahoe, TX Tag 939 LSW, VIN# 1GNEK13T8YJ164833
2000 Mercury Grand Marquis, TX Tag 269 RBC, VIN# 2MEFM74W1YX664048
2002 Ford Mustang, TX Tag R56 GTS, VIN# 1FAFP42X42F242111

**MISCELLANEOUS** -
42" Philips Flat Panel TV, Model# 42PF7321D137, Serial Number YA1B0647027176
42" Philips LCD Flat Panel TV, Model# 42PF7421D/37, Serial Number YA1B0643008831
42" Magnavox Flat Panel TV, Model# 42MF230A/37, Serial Number AE1B0630000025
62" Toshiba DLP TV, Model# 62HM95, Serial Number 26016231
Four (4) stock Chevrolet Tahoe rims and tires
One (1) silver necklace with cross medallion

**FIREARMS** -
DPMS, Model A-15, .223 – 5.56mm caliber semi-automatic rifle, Serial Number F054666K
Steyr Mannlicher, Model SPP, 9x19mm caliber semi-automatic pistol, Serial Number 23052
N.E.F. Co. Inc., Model R92, .22 caliber nine-shot revolver, Serial Number ND014022
H&R, Model 733, .32 caliber six-shot revolver, Serial Number AH9728
Colt, Model MK IV, .45 caliber semi-automatic pistol, Serial Number 70699726
Colt, Model .38 Super, .38 caliber semi-automatic pistol, Serial Number ELCEN3314
Colt, Model Woodsman, .22 caliber semi-automatic pistol, Serial Number 73151

By virtue of the commission of the felony controlled substance offenses charged in this Indictment, any and all interest Defendants RAMON DIAZ a/k/a RAMON D. VALENCIA, FRANCISCO JAVIER GARCIA a/k/a CISCO, DAVID GARCIA, CARLOS A. CORTEZ, HEATH CLIFF SKELTON, BRICE RANDEL WOLFE, ANDREW CLINTON HINKLE, STEPHEN DANIEL JARVIS, RYAN PATRICK ANWAY a/k/a BUDDHA, and BILL LEE GUY have in the above-described property is vested in the United States and hereby forfeited to the United States pursuant to 21 U.S.C. § 853.

A TRUE BILL

[signature]

GRAND JURY FOREPERSON

MATTHEW D. ORWIG
UNITED STATES ATTORNEY

SAMUEL W. CANTRELL
ASSISTANT U. S. ATTORNEY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | **SEALED** |
| | § | |
| VS. | § | Criminal No. 4:07CR_______ |
| | § | Judge _______________ |
| DAVID CHRISTOPHER JACOBS (1) | § | |
| AMBER JOLEBLON JARRELL (2) | § | |
| ANDREW WILLIAM SCHENCK (3) | § | |
| MATTHEW BLAKE WILLIAMS (4) | § | |

**NOTICE OF PENALTY**

COUNT I

Violation: 21 U.S.C. § 846

Penalty: Imprisonment for not more than five (5) years, a fine not to exceed $250,000, or both, and a term of supervised release of at least two (2) years.

If a defendant has a prior conviction for a felony drug offense that has become final – imprisonment for not more than ten (10) years, a fine not to exceed $500,000, or both, and a term of supervised release of at least four (4) years.

Special Assessment: $100.00

COUNTS II - III

Violation: 21 U.S.C. § 841(a)(1)

Penalty: Imprisonment for not more than five (5) years, a fine not to exceed $250,000, or both, and a term of supervised release of at least two (2) years.

If a defendant has a prior conviction for a felony drug offense that has become final – imprisonment for not more than ten (10) years, a fine not to exceed $500,000, or both, and a term of supervised release of at least four (4) years.

Special Assessment: $100.00

COUNT IV

Violation: 18 U.S.C. § 922(g)(3)

Penalty: Imprisonment for not more than ten (10) years, a fine not to exceed $250,000, or both, and a term of supervised release of not more than three (3) years.

Special Assessment: $100.00